1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN, SR., | Case No.: C-12-01124-YGR |
| Plaintiff, | **ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| vs. | |
| JP MORGAN CHASE NATIONAL CORP. SERVICES, INC., et al., | |
| Defendants. | |

On April 9, 2012, Plaintiff Daniel Klahn filed a Motion for Permission for Electronic Case Filing (ECF).  (Dkt. No. 30.)  Good cause appearing, the motion is granted.  Plaintiff is cautioned that utilization of the e-filing system means that he will be presumed to receive all Court filings and other notifications when they are transmitted electronically, and the Court will not excuse any failure to abide by all Court rules and deadlines due to any lack of notice because such notice was provided in electronic form only.  Any such failure will result in revocation of Plaintiff's e-filing permission.

Plaintiff is hereby ordered to register to use this system immediately to avoid missing any important filings or other notifications in this action.  The procedure for registering for e-filing is detailed on the Court's website.  Plaintiff is directed to the tab on the left hand side of the Court's home page labeled "Electronic Case Filing" and from there to the "Registration" button on the left hand side of the next screen.  From there, Plaintiff is directed to follow the instructions for ECF registration, including registering for "Pacer" before or immediately after registering for "ECF."  At the end of the registration, as a pro se e-filing applicant, Plaintiff is required to submit both an electronic copy and a paper copy of the application to the Court's automation department pursuant to the on-line instructions.  If this application is complete, Plaintiff will receive notification from the

United States District Court
Northern District of California

1  automation department with an e-filing password within approximately three days of receipt of the

2  paper copy of the application.

3      In light of his pro se status, Plaintiff may wish to seek assistance from the Legal Help Center,

4  a free service of the Volunteer Legal Services Program, by calling 415.782.9000 x8657 or signing up

5  for an appointment on the 15th Floor of the Courthouse, Room 2796.  At the Legal Help Center,

6  Plaintiff may speak with an attorney who may be able to provide basic legal help, but not legal

7  representation.  The Court also urges Plaintiff to obtain a copy of the Pro Se Handbook, available free

8  of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 4th Floor

9  of the United States District Court for the Northern District of California, Ronald V. Dellums Federal

10  Building, Oakland, CA.

11      **IT IS SO ORDERED.**

12

13  Dated:  April 12, 2012

                                   _____

14                                **YVONNE GONZALEZ ROGERS**
                              **UNITED STATES DISTRICT COURT JUDGE**