UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN, SR.,<br><br>          Plaintiff,<br><br>     vs.<br><br>JP MORGAN CHASE NATIONAL CORP. SERVICES, INC., et al.,<br><br>          Defendants. | Case No.: C-12-01124-YGR<br><br>**ORDER DISMISSING DEFENDANTS JP MORGAN CHASE NATIONAL CORPORATION SERVICES, INC. AND CITICORP CREDIT SERVICES, INC. USA** |

On April 18, 2012, Plaintiff filed a Request for Dismissal of Complaint Filed March 6, 2012 as to Defendant's [*sic*] JP Morgn [*sic*] Chase National Corp. Services, Inc., and Citicorp Credit Services, Inc. USA Only.  (Dkt. No. 38.)  Pursuant to Fed. R. Civ. P. 41(a)(2), the Court **GRANTS** Plaintiff's request for dismissal.  Defendants Chase Bank USA, N.A. (sued as JP Morgan Chase National Corp. Services, Inc.) and Citicorp Credit Services, Inc. (USA) are **DISMISSED WITHOUT PREJUDICE**.

This Order terminates Dkt. Nos. 18 & 31.

**IT IS SO ORDERED.**

Dated:  April 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**