**United States District Court**
For the Northern District of California

1

2

3

4

5           IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   KLAHN,

9          Plaintiff,                              No. 12-01124  EDL

10    v.                                **ORDER GRANTING APPLICATION  TO
                                        APPEAR TELEPHONICALLY**
11   JP MORGAN CHASE NATIONAL
     CORPORATION SERVICES, INC. ET AL,
12
          Defendants.
13   _____/

14
          On June 12, 2012, counsel for Defendants Paris and Paris LLP and Beneficial I filed a request
15
     to appear telephonically at the motion hearing and case management conference set for June 19,
16
     2012 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is
17
     GRANTED.  Counsel shall stand by beginning at the date and time above until called by the Court.
18
     No later than June 15, 2012, the parties shall call the Court's courtroom deputy at 415-522-3694 to
19
     provide the Court with a direct dial number to call on for this appearance.
20

21
     Dated: June 13, 2012
22
                                        _____
23                                      ELIZABETH D. LAPORTE
                                        United States Magistrate Judge
24

25

26

27

28