United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KLAHN,

    Plaintiff,

  v.

JP MORGAN CHASE NATIONAL CORPORATION SERVICES, INC. ET AL,

    Defendants.
_____/

No. 12-01124 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On June 12, 2012, counsel for Defendants Paris and Paris LLP and Beneficial I filed a request to appear telephonically at the motion hearing and case management conference set for June 19, 2012 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED.  Counsel shall stand by beginning at the date and time above until called by the Court. No later than June 15, 2012, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: June 13, 2012

                                                          ELIZABETH D. LAPORTE
                                                          United States Magistrate Judge