Daniel P Klahn Sr.
PO Box 10124
Pleasanton, CA 94588
760-703-6289
dpklahn@yahoo.com
Plaintiff "Pro Se"

Jeffrey A. Paris, State Bar No. 113527
Paris and Paris, LLP
424 Pico Blvd.
Santa Monica, CA 90405
310-392-8722

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN SR. AND LAURIE A. KLAHN, Plaintiffs, vs. JP MORGAN CHASE NATIONAL CORP. SERVICES, INC. ET AL. Defendants. | Case No. C-12-01124-EDL<br>**NOTICE OF JOINT DISCOVERY AGREEMENT**<br>JUDGE: Elizabeth D. Laporte<br>**ORDER** |

PLEASE TAKE NOTICE that on October 2, 2012, at 1:30 PM., Plaintiff Daniel P. Klahn and Defendant Jeffrey A. Paris met and conferred on discovery Items that previously were in dispute. It was agreed by both parties that the requested discovery documents and questions propounded by Plaintiff will be answered and completed by Defendant no later then October 12, 2012 and delivered to Plaintiff at PO Box 10124, Pleasanton, CA 94588.

Respectfully Submitted For Both Parties By:

October 12, 2012

Daniel P. Klahn Sr.
Plaintiff "Pro se"

IT IS SO ORDERED.
Dated: October 3, 2012

NOTICE OF DISCOVERY AGREEMENT        1

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*